SUE FAHAMI
Acting United States Attorney
Nevada Bar No. 5634
ZACHARY BERKOFF-CANE, WSBN 47988
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (410) 966-1542
Facsimile: (415) 744-0134
E-Mail: zachary.berkoff@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Corrino P. Enos,<br><br>　　　　Plaintiff,<br><br>　　　　　v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 2:25-cv-01442-DJA<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE CERTIFIED ADMINISTRATIVE RECORD AND ANSWER**<br>(*FIRST REQUEST*) |

　　　Defendant Frank Bisignano, Commissioner of Social Security (the "Commissioner"), by and through his undersigned attorneys, respectfully requests that the Court extend the time for Defendant to respond to Plaintiff's brief (Dkt. No. 19, filed on December 1, 2025), currently due on December 31, 2025, by 30 days, through and including January 30, 2026. Defendant further requests that all subsequent deadlines be extended accordingly.

　　　This is Defendant's first request for an extension of time. Good cause exists for this extension due to Defendant's counsel's workload as described below. Since Plaintiff's motion was filed on December 1, 2025, Defendant's counsel has worked on over 13 district court cases. Counsel is also responsible for handling various miscellaneous litigation matters involving pro se plaintiffs. Despite

this, counsel still has ten cases due in the next thirty days.

Additional time is required to review the record, to evaluate the numerous issues raised in Plaintiff's motion, to determine whether options exist for settlement, and if not, to prepare Defendant's response to Plaintiff's motion. Defendant's counsel will endeavor to complete these tasks as soon as possible. This request is made in good faith and with no intention to unduly delay the proceedings, and counsel apologizes for any inconvenience.

On December 23, 2025, counsel for Defendant conferred with Plaintiff's counsel by email, who has no opposition to this motion.

It is therefore respectfully requested that Defendant be granted an extension of time to respond to Plaintiff's Motion for Reversal and Remand, through and including January 30, 2026.

Dated: December 23, 2025         Respectfully submitted,

SUE FAHAMI
Acting United States Attorney

*/s/ Zachary Berkoff-Cane*
ZACHARY BERKOFF-CANE
Special Assistant United States Attorney


IT IS SO ORDERED:
_____
UNITED STATES MAGISTRATE JUDGE

DATED:  12/30/2025
_____

2