SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 5634
ZACHARY BERKOFF-CANE, WSBN 47988
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: [410-966-1542]
Facsimile: [415-744-0134]
E-Mail: zachary.berkoff@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| CORRINO P. ENOS,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>　　　　　Defendant. | Civil No. 2:25-cv-01442-DJA<br><br><br><br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(G) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that this action be remanded for further administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.

Stipulation to Voluntary Remand　　　　　　Page 1　　　　　　　　2:25-cv-01442-DJA

On remand, the Appeals Council will remand the case to an administrative law judge (ALJ), who will offer Plaintiff the opportunity for a hearing and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

DATED January 29, 2026

Respectfully submitted,

/s/ John J. Moran
JOHN J. MORAN
(*as authorized via email on January 29, 2026)
Attorney for Plaintiff

SIGAL CHATTAH
First Assistant United States Attorney

/s/ Zachary Berkoff-Cane
ZACHARY BERKOFF-CANE
Special Assistant United States Attorney

Attorneys for Defendant

**IT IS SO ORDERED**.  The Clerk of Court is kindly directed to enter judgment accordingly and close this case.

_____
HON. DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: ___1/30/2026_____